# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| Harold Brooks, Clara Louise Brooks, Benjamin Brooks, William F. Tomz and Sharon Finch, Individually and as Class Representatives, | ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| Arthur M. Field and Fredrick Scott Pfeiffer, | ) ) ) ) |
| Defendants. | ) |

C.A. No. 6:14-cv-02267-BHH-JDA

**Defendant Fredrick Scott Pfeiffer's Response to Defendant Arthur M. Field's Motion to Amend Scheduling Order [73] filed April 8, 2015**

Defendant Fredrick Scott Pfeiffer does not object to the relief requested in Defendant Arthur M. Field's request/motion for modification of the Scheduling Order.

RESPECTFULLY SUBMITTED,

GLEATON WYATT, PA

/s/ Ralph Gleaton
Ralph Gleaton
SC District Court ID: 6779
935 South Main Street, Suite 203
Greenville, SC 29601
ralph@gwhlawfirm.com
(864) 250-9780
ATTORNEYS FOR DEFENDANT PFEIFFER

Tuesday, April 14, 2015

# CERTIFICATE OF SERVICE

A copy of Defendant Fredrick Scott Pfeiffer's Response to Defendant Arthur M. Field's Motion to Amend Scheduling Order [73] was served on the parties below on Tuesday, April 14, 2015 via CM/ECF.

Gene M. Connell, Jr., Esquire
Kelaher, Connell & Connor, P.C.
The Courtyard, Suite 209
1500 U.S. Highway 17 North
Surfside Beach, SC 14547

Rodney F. Pillsbury, Esquire
John M. Read IV, Esquire
Pillsbury & Read, P.A.
1204-A E. Washington St.
Greenville, SC 29601

A copy of Defendant Fredrick Scott Pfeiffer's Response to Defendant Arthur M. Field's Motion to Amend Scheduling Order [73] were served on the pro bono Defendant Arthur M. Field on Tuesday, April 14, 2015 by mailing a copy of the same by United States Mail, postage prepaid to the following address.

Arthur Field
310 Thornblade Drive
Greer, SC 29650

/s/Ralph Gleaton
Ralph Gleaton
SC District Court ID: 6779
Gleaton Wyatt
Attorney for Defendant Fredrick Scott Pfeiffer
935 South Main Street, Suite 203
Greenville, SC 29601
(864) 250-9780